IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTRO & CO., LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-0643-N |
| | § | |
| ANONYMIZE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On March 19, 2018, summons for defendants Anonymize, Inc. and Ransu Salovaara were issued to plaintiff. As of this date, service has not been effected by plaintiff.

It is hereby ordered pursuant to Fed. R. Civ. P. 4(m) that within thirty (30) days of the date of this order the plaintiff(s) show cause why this action should not be dismissed for failing to effect service. If the Court does not receive a satisfactory response within the amount of time specified, the Court will dismiss this action without prejudice by authority of Rule 4(m).

Signed June 22, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE